IN THE DISTRICT/SUPERIOR COURT FOR THE STATE OF ALASKA
AT PALMER

Lawn Tech of Alaska, LLC d/b/a, Ken's Garden Center, an Alaskan Limited Liability Company, Kenneth Fennell an individual,
    Plaintiff(s),

vs.

Matson Navigation Company of Alaksa LLC
    Defendant(s).

CASE NO. 3PA-24-01448CI

**SUMMONS**
**AND**
**NOTICE TO BOTH PARTIES**
**OF JUDICIAL ASSIGNMENT**

**To Defendant:** Registered Agent - CT Corporation System

You are hereby summoned and required to file with the court a written answer to the complaint that accompanies this summons. Your answer must be filed with the court at <u>435 South Denali Street, Palmer, Alaska 99645</u> within 20 days* after the day you receive this summons. In addition, a copy of your answer must be sent to the plaintiff's attorney, or the plaintiff (if unrepresented) <u>B. Neal Ainsworth, Attorney</u>, whose address is: <u>2521 E. MTN Village Dr. B223 Wasilla, AK 99654</u>.

If you fail to file your answer within the required time, a default judgment may be entered against you for the relief demanded in the complaint.

If you are not represented by an attorney, you must inform the court and all other parties in this case, in writing, of your current mailing address and any future changes to your mailing address and telephone number. You may use *Notice of Change of Contact Information* (form TF-955), available at the clerk's office or on the court system's website at https://public.courts.alaska.gov/web/forms/docs/tf-955.pdf, – OR – if you have an attorney, the attorney must comply with Alaska R. Civ. P. 5(i).

NOTICE OF JUDICIAL ASSIGNMENT

To: Plaintiff and Defendant
This case has been assigned to:

- [ ] Superior Court Judge Jonathan Woodman
- [ ] Superior Court Judge John C. Cagle
- [ ] Superior Court Judge Kari C. Kristiansen
- [x] Superior Court Judge Kristen C. Stohler

- [ ] District Court Judge Amanda L. Browning
- [ ] District Court Judge Shawn Traini
- [ ] District Court Judge Thomas V. Jamgochian

1·18·2024
Date

CLERK OF COURT
By: _____
Deputy Clerk

* The State or a state officer or agency named as a defendant has 40 days to file its answer. If you have been served with this summons outside the United States, you also have 40 days to file your answer.

CIV-100 PALMER (2/23)
SUMMONS

Civil Rules 4, 5, 12, 42(c), 55

B. Neal Ainsworth,
Alaska Bar No. 1609073
2521 E Mountain Village Dr B223
Wasilla, AK 99654
Tel: 907.232.3708
Fax: 907.308.6386
neal@ainsworth.law

IN THE DISTRICT/SUPERIOR COURT OF THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

| | |
|---|---|
| LAWN TECH OF ALASKA, LLC d/b/a KEN'S GARDEN CENTER, an Alaskan limited liability company; KENNETH FENNELL, an individual, <br>  Plaintiff <br><br> vs. <br><br> Matson Navigation Company of Alaska LLC <br> Defendant | Case No. 3PA-24-01448 CI |

### ENTRY OF APPEARANCE

B. Neal Ainsworth hereby enters its appearance as Attorney of record on behalf of Plaintiff, Lawn Tech of Alaska, LLC d/b/a Ken's Garden Center, an Alaska Limited Liability company, Kennell, an individual, and requests that all future pleadings and documents in the above case be served at office address 2521 E Mountain Village Drive B223, Wasilla, Alaska 99654.

DATED this 17 day of January, 2024, at Wasilla, Alaska.

By: _____
B. Neal Ainsworth
Alaska Bar No. 1609073
Attorney for Plaintiff

**CERTIFICATE OF SERVICE**
This is to certify that I have this 17 day of January, 2024, served the Defendant in the above matter with a copy of the foregoing document by:
_X_ U.S. Mail, ___ E-Mail, ___ Hand Delivery
CT Corporation System
B. Neal Ainsworth

Date: 1/17/2024

_____
B. Neal Ainsworth

B. Neal Ainsworth,
Alaska Bar No. 1609073
2521 E Mountain Village Dr B223
Wasilla, AK 99654
Tel: 907.232.3708
Fax: 907.308.6386
neal@ainsworth.law

IN THE DISTRICT/SUPERIOR COURT OF THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

| | |
|---|---|
| LAWN TECH OF ALASKA, LLC d/b/a KEN'S GARDEN CENTER, an Alaskan limited liability company; KENNETH FENNELL, an individual,<br>           Plaintiff<br><br>vs.<br><br>Matson Navigation Company of Alaska LLC<br>           Defendant | Case No. 3PA-24-01448 CI |

## COMPLAINT FOR BREACH OF CONTRACT

COMES NOW, Plaintiff, LAWN TECH OF ALASKA, LLC d/b/a KEN'S GARDEN CENTER, an Alaskan limited liability company; KENNETH FENNELL, an individual, by and through attorney of record B. Neal Ainsworth, hereby files a Complaint for breach of contract as follows;

## PARTIES

1. Plaintiff, LAWN TECH OF ALASKA, LLC d/b/a KEN'S GARDEN CENTER, an Alaskan limited liability company with a mailing address of PO BOX 4675, PALMER, AK 99645

2. Plaintiff, KENNETH FENNELL, an individual, resident of Alaska and has a mailing address of PO BOX 4675, PALMER, AK 99645

3. Defendant, Matson Navigation Company of Alaska, LLC is a Limited Liability Company with a mailing address of 555 12th Street, Suite 700 Oakland CA 94607.

## JURISDICTION

4. Venue is proper in the Third Judicial District at Palmer pursuant to Alaska Rule of Civil Procedure 3, as the events giving rise to this action occurred in that District.

## BACKGROUND

5. Sester Farms is a local family-owned nursery located in the Northern Willamette Valley in Oregon and is in the business of selling nursery stock to growers and garden c enters across North America and Canada.

6. Ken's Garden Center is a image retail garden supply center located in Wasilla, Alaska.

7. On April 20, 2018, the parties entered into a contract in which Sester Farms would extend a line of credit to Ken's Garden Center for the purchase of certain nursery stock (the "Credit Agreement").

8. Fennell personally guaranteed Ken's Garden Center's obligations under the Credit Agreement.

9. Pursuant to the Credit Agreement, a statement listing all unpaid Invoices would be sent by Sester Farms to Ken's Garden Center each month. Accounts that become past due would be assessed a service charge of 1.5 percent per month (annual percentage rate of 18 percent).

10. Further, under the Credit Agreement, in the event of collection, Ken's Garden Center agreed to pay all internal and external collection costs, including collection agency fees and attorney fees in connection with any delinquency placed for collection.

11. Pursuant to the personal guarantee signed by Fennell, Fennell agreed to "personally guarantee the payment of any obligation *of* the Company" and "pay on demand any sum which may be due to you by the Company whenever the Company shall fail to pay the
sum."

12. All product purchased by Ken's Garden Center were sold fleet on board, commonly referred to as F.O.B, in Gresham, Oregon to Ken's Garden Center in Wasilla, Alaska, meaning that the risk of loss transferred to Ken's Garden Center at the time the product was shipped from Gresham, Oregon by Sester Farms.

13. On or around February 21, 2020, and February 22, 2020, Ken's Garden Center placed orders with Sester Farms for various nursery stock totaling $158,341.98. These orders were scheduled to be shipped to Ken's Garden Center on or around April 26, 2022.

14. Kens garden entered into a contract to have Matson Navigation Company ("Matson") as its shipper for all goods purchased by Ken's Garden Center from Sester Farms.

15. Between April 25, 2022 and April 27, 2022, Matson ,shipped eight containers of product sold by Sester Farms to Ken's Garden Center related to the 2020 order ("the April 2022 shipment").

16. The Bills of Lading ("BOL") for the April 2022 shipment confirm that the product left Sester Farms in "apparent good order."

17. Sester's shipped the plants in April in 8 separate shipping containers to Kens Garden in Wasilla, Alaska.

18. Kens Garden advised Matson that they would receive two containers containing the nursery items per day until all items were unloaded once they arrived in Wasilla Alaska.

19. Upon arrival of the containers at Kens Garden Center in May 2022, it was discovered that all the plants were dead. Ultimately Sester Farms filed suit against Kens Garden and Mr. Fennell personally in the summer of 2023.

20. Ultimately Sester Farms got a Judgement against Kens Garden and Mr. Fennell personally for the nursery items purchased.

21. Kens Garden Center satisfied this Judgment in the Amount of $193,000.00 on 12/12/2023.

## BREACH OF CONTRACT

22. Plaintiff incorporates by reference paragraphs 1-21 as if set out herein.

23. Plaintiff Kens Garden Center and Ken Fennell entered into a contract with the defendant in April 2022.

24. Matson in this contract was hired to transport the nursery items from Sester's Farms in Oregan to Kens Garden in Wasilla, AK.

25. Defendant picked up the products between April 25th to April 27th from Sester's Farms in Oregan.

26. On the bills of Lading "BOL" for the April 22 shipments confirm that the products/plants left Sester's Farm in "apparent good order" as signed by Matson the "Defendant".

27. The products arrived at Kens Garen in Wasilla Alaska in early May 2023.

28. Kens Garden informed Matson that they would receive two shipping containers a day until the containers were unloaded.

29. When the Plaintiff opened the containers the plants were dead and not useable.

30. Defendant breached their contract by failing to deliver the plants in the same condition as when they left Sester's Farm in Oregan.

31. Defendants have been damaged by the amount to be determined by the trier of facts.

## NEGLIGENCE

32. Plaintiff incorporates by reference paragraphs 1-31 as if set out herein.

33. Defendants had a duty to deliver the plants in the same condition as they way they picked them up.

34. Defendant breached that duty by delivering plants that were damaged and dying.

35. Plaintiff could not sell the plants to customers because of the plants condition.

36. The breach of the duty to deliver the plants in good condition was the cause of the damage.

37. Plaintiff ultimately had to pay Sester's Farm $193,000.00 for the damage to plants including interest and attorney fees.

38. Plaintiff seeks damage in the amount to be determined by the trier of facts.

## PLAINTIFF REQUESTS A BENCH TRIAL IN THIS ACTION

WHEREFORE, Plaintiff prays and respectfully requests a verdict and judgement as follows:

1. That summons and process issue and that the names of Defendant be served with a copy of the complaint and the Defendant be required to appear and answer.

2. Plaintiff be awarded General, Compensatory, Special and Punitive Damages as determined by the trier of facts.

3. Defendant be charged with all court costs attributed to this action and such other costs, including reasonable attorney fees incurred in the prosecution and trial and this case as allowed by law.

4. Plaintiff be granted such other and further relief as may be shown by evidence and the law as this court may deem just and appropriate.

By: _____
B. Neal Ainsworth
Alaska Bar No. 1609073
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

This is to certify that I have this 17 day of January, 2024, served the Defendant in the above matter with a copy of the foregoing document by: X U.S. Mail, ___ Fax, ___ Hand Delivery
Reg. Agent - CT Corporation System

_____
B. Neal Ainsworth